J. Noah Hagey, Esq. (SBN: 262331)
    hagey@braunhagey.com
Andrew Levine, Esq. (SBN: 278246)
    levine@braunhagey.com
Ronald J. Fisher, Esq. (SBN: 298660)
    fisher@braunhagey.com
Sarah Salomon, Esq. (SBN: 308770)
    salomon@braunhagey.com
Hunter B. Thomson, Esq. (SBN: 330533)
    thomson@braunhagey.com
BRAUNHAGEY & BORDEN LLP
351 California Street, 10th Floor
San Francisco, CA 94104
Telephone: (415) 599-0210
Facsimile: (415) 599-0210

Attorneys for Plaintiff
WSJ, LLC d/b/a SEISMIC BREWING CO.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| WSJ, LLC d/b/a SEISMIC BREWING COMPANY,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>DBI BEVERAGE INC.; DBI BEVERAGE NAPA; DBI BEVERAGE SACRAMENTO; DBI BEVERAGE SAN FRANCISCO; DBI BEVERAGE SAN JOAQUIN; DBI BEVERAGE SAN JOSE; REYES HOLDINGS, LLC; and HARBOR DISTRIBUTING LLC,<br><br>　　　　　　　　Defendants. | Case No. 4:22-cv-02282-HSG<br><br>**PLAINTIFF WSJ, LLC d/b/a SEISMIC BREWING COMPANY'S NOTICE OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Judge: Honorable Haywood S. Gilliam, Jr. |

**NOTICE IS HEREBY GIVEN** that pursuant to Federal Rules of Civil Procedure 41(a), Plaintiff WSJ, LLC d/b/a Seismic Brewing Company voluntarily dismisses with prejudice the above-entitled action against Defendants DBI Beverage Inc., DBI Beverage Napa, DBI Beverage Sacramento, DBI Beverage San Francisco, DBI Beverage San Joaquin, DBI Beverage San Jose, Reyes Holdings, LLC and Harbor Distributing, LLC (collectively, the "Defendants").  This Notice of Dismissal With Prejudice is being filed with the Court before service by the Defendants of either an answer or a motion for summary judgment.

Dated: June 28, 2022

Respectfully submitted,

BRAUNHAGEY & BORDEN LLP

By:  */s/ J. Noah Hagey*
J. Noah Hagey (Bar No. 262331)
  *hagey@braunhagey.com*
Andrew Levine (Bar No. 278246)
  *levine@braunhagey.com*
Ronald J. Fisher (Bar No. 298660)
  *fisher@bruanhagey.com*
Sarah Salomon (Bar No. 308770)
  *salomon@braunhagey.com*
Hunter B. Thomson (Bar No. 330533)
  *thomson@braunhagey.com*
351 California Street, 10th Floor
San Francisco, California 94104
Telephone:  +1.415.599.0210

*Attorneys for Plaintiff WSJ, LLC d/b/a Seismic Brewing Co.*