1
2
3
4                         UNITED STATES DISTRICT COURT
5                        NORTHERN DISTRICT OF CALIFORNIA
6
7    WSJ, LLC,                              Case No. 22-cv-02282-HSG
8                  Plaintiff,
                                            **ORDER DENYING ADMINISTRATIVE
9         v.                                MOTION TO SEAL**
10   DBI BEVERAGE INC., et al.,             Re: Dkt. No. 3
11                 Defendants.
12
13        Pending before the Court is Plaintiff's administrative motion to consider whether another

14   party's materials should be sealed.  Dkt. No. 3.  Pursuant to Civil Local Rules 7-11 and 79-5(f),

15   Plaintiff filed this motion to consider whether portions of the Complaint (Dkt. No. 1) should be

16   sealed.  Plaintiff filed this motion in anticipation of "Defendant DBI Beverage, Inc. and the related

17   DBI Defendants" requesting sealing.  However, Defendants did not file a statement or declaration

18   in response as required by Local Rule 79-5(f)(3).  And Plaintiff provided no other justification for

19   sealing part of the Complaint.  The Court accordingly **DENIES** the administrative motion to file

20   under seal, Dkt. No. 3, and **DIRECTS** Plaintiff to file a public version of the Complaint within

21   seven days of this Order.

22
23        **IT IS SO ORDERED.**
24   Dated:   3/29/2023
25
26
27   HAYWOOD S. GILLIAM, JR.
     United States District Judge
28

United States District Court
Northern District of California